**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**HUEY G. CLARK**

**VERSUS**

**NICHOLAS DOWDLE, individually and
in his official capacity as a Lousisana
State Trooper; LOUISIANA
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS, OFFICE OF
STATE POLICE; JOHN DOE #1; JOHN
DOE #2; and JOHN DOE #3, individually
and their official capacity as duly sworn
officers with Jefferson Parish Sheriff's
Office; and JOSEPH P. LOPINTO III in
his official capacity as Sheriff of Jefferson
Parish only.**

**CIVIL ACTION**

**NO. 23-cv-1611**

**JURY TRIAL DEMANDED**

Hon. Barry W. Ashe, District Judge

Hon. Michael B. North
Magistrate Judge

## NOTICE OF DISMISSAL UNDER FRCP 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Mr. Huey Clark, through

direction to the undersigned counsel, hereby files notice to this Court of his request for dismissal

without prejudice of this suit.

Respectfully submitted:

*/s/ Kenneth C. Bordes*
KENNETH C. BORDES
**KENNETH C. BORDES,
ATTORNEY AT LAW, LLC**
4224 CANAL STREET
NEW ORLEANS, LOUISIANA 70119
TEL:    (504) 588-2700
FAX:    (504) 708-1717
KCB@KENNETHBORDES.COM

1

PD.42007135.1